*AO 88 (Rev. 11/91) Summons in a Civil Action*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

SUMMONS IN A CIVIL ACTION

United States of America

v.

TERRI M. QUINN

Case Number: 00-6176 CIV-DIMITROULEAS

**TO:** *(Name and Address of Defendant)*

    TERRI M. QUINN
    1626 JEFFERSON ST
    HOLLYWOOD, FL 33020

**YOU ARE HEREBY SUMMONED** *to and required to serve upon plaintiff's attorney*

    Mary F. Dooley
    Assistant United States Attorney
    99 NE 4TH STREET
    3RD FLOOR
    MIAMI, FL 33132-2111

*an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file an answer with the Clerk of the Court within a reasonable period of time after service.*

CLARENCE MADDOX
CLERK OF THE COURT

2/2/00  DATE

BY DEPUTY CLERK