Case No. 00-6176 CIV DIMITROULEAS

[illegible] [illegible]

IN THE UNITED STATES DISTRICT COURT, IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

[illegible] [illegible]

[illegible]

[illegible] INFORMATION

[illegible]

[illegible]

2000 APR -6 PM 12:35
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

JG

[illegible]

[illegible] with a member of [illegible] above the age of [illegible] years [illegible]

[illegible]

HUSBAND

[illegible]

[illegible]

NOTARY PUBLIC
STATE OF FLORIDA
BRENDA TAYLOR
My Commission # CC 815829
Expires March 8, 2003
1-800-3-NOTARY Fla. Notary Service & Bonding Co.

I acknowledge that I am a certified process server in the circuit in which the defendant was served. I acknowledge that I have no interest in the above action.

I hereby certify that I am not a party to the above action, am over 18 years of age, that the above affidavit is true [illegible], and that service was made in accordance with Rule 1.48(b) [illegible], and [illegible] Rule 4(c), [illegible]

The foregoing instrument was acknowledged before me this [illegible] day of March, 2000 by [illegible] who is personally known to me or who has produced [illegible] as identification and who did [illegible] take an oath.

[illegible]

[illegible]

5/[illegible]

AO 88 (Rev. 11/91) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

**SUMMONS IN A CIVIL ACTION**

*United States of America*

*Case Number:* 0-6176

*v.*

*TERRI M. QUINN*

MAGISTRATE JUDGE JOHNSON

*TO: (Name and Address of Defendant)*

*TERRI M. QUINN*
*1626 JEFFERSON ST*
*HOLLYWOOD, FL 33020*

A/K/A TERRI SUDDEN

*YOU ARE HEREBY SUMMONED to and required to serve upon plaintiff's attorney*

*Mary F. Dooley*
*Assistant United States Attorney*
*99 NE 4TH STREET*
*3RD FLOOR*
*MIAMI, FL 33132-2111*

*an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file an answer with the Clerk of the Court within a reasonable period of time after service.*

*CLARENCE MADDOX*
*CLERK OF THE COURT*

2/2/00 *DATE*

*BY DEPUTY CLERK*