UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6176-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

TERRI M. QUINN,

        Defendant.

_____/

## STATUS REPORT AND REQUEST FOR ADDITIONAL TIME

Plaintiff, the United States of America, by and through Thomas E. Scott, United States Attorney, Mary F. Dooley, Assistant United States Attorney hereby files this Status Report and states as follows:

1) On February 2, 2000, plaintiff filed its complaint in this matter.

2) On February 4, 2000, plaintiff mailed a notice of lawsuit and request for waiver of summons to the defendant.

3) Defendant failed to return the waiver. On or about March 6, 2000 the plaintiff requested it's process server to serve the defendant.

4) The process server successfully completed service on March 25, 2000. Defendant's time to answer expires on April 14, 2000.

5) On February 3, 2000, this Court issued an order requiring Counsel to meet and file joint scheduling report. Plaintiff has mailed a copy of this Court's order to defendant.

6) Plaintiff has been unable to obtain a telephone number for defendant. Defendant has



WHEREFORE, plaintiff requests the court grant plaintiff an additional 30 days to attempt to contact with defendant and file a joint scheduling report.

                                            Respectfully submitted,

                                            THOMAS E. SCOTT
                                            UNITED STATES ATTORNEY

BY:   MARY F. DOOLEY
        ASSISTANT U.S. ATTORNEY
        99 N.E. 4TH STREET, Suite 300
        Miami, FL 33132
        Tel No. (305) 961-9311
        Fax No. (305) 530-7195
        Bar No. 1123933

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copy of the forgoing document was mailed, postage paid, this __6__ day of April, 2000 to:

>Terri Sudden
>3132 Calle Largo Dr.
>Hollywood, FL 33021

MARY F. DOOLEY
Assistant U. S. Attorney