UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 00-6176-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

**NOTICE OF STAY OF PROCEEDINGS
AND SUGGESTION OF BANKRUPTCY**

TERRI M. QUINN,

        Defendant.   /

TO: UNITED STATES OF AMERICA
and other interested parties,

PLEASE TAKE NOTICE that Defendant,

    TERRI M. SUDDEN a/k/a TERRI M. QUINN

has filed a Petition under Chapter 7 of the United States Bankruptcy Code to obtain the benefit thereunder in the United States Bankruptcy Court for the Southern District of Florida (Fort Lauderdale Division) bearing:

    Docket No.: 00-25345-BKC-RBR on August 31, 2000

That by virtue of the filing of the Petition as aforesaid, the above-styled action is stayed from further proceedings pursuant to Title 11, United States Code, Section 362.

PLEASE GOVERN YOURSELF ACCORDINGLY.

    I HEREBY CERTIFY that a copy of the foregoing was furnished to Mary F. Dooley, Esquire, Assistant U.S. Attorney, Attorney for UNITED STATES OF AMERICA, 99 N.E. 4th Street, Suite 300, Miami, FL 33132, on this **31** day of August, 2000.

The Undersigned has appeared solely for the Purpose of filing this Notice and for no other purpose.

DANIEL H. KENT, ESQUIRE
Attorney for Debtor
Daniel H. Kent, P.A.
1940 Harrison Street, Suite 300
Hollywood, Florida 33021
(954) 921-0088

sudsugg2.bkc

